SCANNED

United States District Court

for the District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2011 APR 22 P 1:58

_____
DEPUTY CLERK

File No: 2:11-mc-00030-JAW        Docket No: 2:11-cv-00173-GZS

---

Mark Chapman
**Plaintiff**

Motion for Electronic Recording

v.

United States District Court
District of Maine
Judge John A. Woodcock, Jr. et al
**Defendant**

(Singularly and/or Severally)

Pursuant to:

---

I, Mr. Mark Chapman; 497 Cumberland Avenue, Apt. #1; Portland, Maine 04101; Telephone Number 207-772-3002; email address c007@maine.rr.com (not currently installed); Web access http://home.roadrunner.com/~arosebud; do hereby initiate the above-stated action upon United States District Court, District of Maine and Judge John A. Woodcock Jr., 202 Harlow St., Rm. 357 Bangor, ME 04401 filed in the United States District Court

in Bangor, ME 04401        at 202 Harlow St. Rm. 357

I made service of the ___/_____

docket #

Page 2 of 9

_____
Witnessed/Clerk

Dated: 4/18/11          Signed: *Mark Chapman*

pro se attorney for Mark Chapman

signature page                    Page 3 of 9