# United States Court of Appeals
## For the First Circuit

No. 11-1571

MARK CHAPMAN

Plaintiff - Appellant

v.

UNITED STATES DISTRICT COURT OF MAINE; JUDGE JOHN A. WOODCOCK, JR.

Defendants - Appellees

**MANDATE**

Entered: October 26, 2011

In accordance with the judgment of September 6, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Mark Chapman
Margaret D. McGaughey
Evan J. Roth